# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

THE CARTESIAN COMPANY, INC.
AND GREG GACHASSIN

NO.   2020 CW 0103

VERSUS

THE DIVISION OF
ADMINISTRATIVE LAW ETHICS
ADJUDICATORY BOARD PANEL A
AND THE LOUISIANA BOARD OF
ETHICS

**JULY 29, 2020**

---

In Re:    The Cartisian Company, Inc. and Greg Cachassin, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, No. 669617.

---

**BEFORE:    McDONALD, McCLENDON, PENZATO, LANIER, AND BURRIS,[1] JJ.**

**APPLICATION FOR REHEARING DENIED.**

> **JMM**
> **PMc**
> **AHP**
> **WIL**
> **WJB**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sm*

---
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.